```
NANCY HERSH, State Bar No. 49091
CHARLES C. KELLY, II, State Bar No. 122253
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKIAM D'ANDRE CARTER, a minor, by and through his father and guardian ad litem, IVAN CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; VALLEJO POLICE DEPARTMENT, a municipal corporation, MARK THOMPSON, individually, and in his capacity as law enforcement officer for City of Vallejo; SEAN KENNEY, individually, and in his capacity as law enforcement officer for City of Vallejo; DOES 1-100, inclusive, individually and in their capacities as law enforcement officers and/or personnel for VALLEJO POLICE DEPARTMENT,<br><br>　　　　　　Defendants. | Case No. CV 13 3547 DMR<br><br>**PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. Petitioner IKIAM D'ANDRE CARTER is a minor, who is 17 years old.

2. Petitioner is about to commence an action in this court against the City of Vallejo, the Vallejo Police Department, Officer Mark Thompson, Officer Sean Kenney, and DOES 1-100, for personal injuries and violation of his civil rights

as a result of his arrest on August 17, 2012.

3. No previous petition for appointment of a guardian ad litem has been filed in this matter.

4. IVAN CARTER, whose address is 205 Cypress Avenue, Vallejo, CA 94590, is a competent and responsible person and fully competent to act as guardian ad litem. IVAN CARTER is the father of Petitioner.

5. Said IVAN CARTER is willing to act as guardian ad litem for Petitioner, as appears by his consent below.

Wherefore, Petitioner moves this court for an order appointing IVAN CARTER as guardian ad litem for petitioner for the purpose of bringing this action against the City of Vallejo, the Vallejo Police Department, Officer Mark Thompson, Officer Sean Kenney, and DOES 1-100 on the claim hereinabove stated.

DATED: July 21, 2013.

HERSH & HERSH
A Professional Corporation

By _____
Charles C. Kelly, II
Attorneys for Petitioner

### CONSENT OF NOMINEE

I, IVAN CARTER, the nominee of Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: July 30, 2013.

_____
IVAN CARTER

### ORDER

The petition for an order appointing IVAN CARTER as guardian ad litem for petitioner is GRANTED.

DATED: August 5, 2013

_____
U.S. DISTRICT COURT JUDGE